NUMBER 13-03-773-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________________

MICHAEL GOODE,                                                            Appellant,

v.

THELMA LEE GOODE,                                                        Appellee.
_____________________________________________________________________

On appeal from the 267th District Court 
of Victoria County, Texas
_____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, MICHAEL GOODE, attempted to perfect an appeal from a judgment
entered by the 267th District Court of Victoria County, Texas, in cause number 01-8-56,909-C. Judgment in this cause was signed on December 2, 2003. No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s notice of
appeal was due on January 2, 2004, but was not filed until February 6, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 23rd day of September, 2004.